UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX HANCOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, et al.,<br><br>    Defendants. | Case No. 3:09-cv-02691-CRB<br><br>ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**, All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: DEC 1 8 2013

By: _____
Charles R. Breyer
United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY